**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Roderick NORFUS Defendant-Appellant.**

**No. 17-12019
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(January 26, 2018)

Laura Thomas Rivero, Andrea G. Hoffman, Emily M. Smachetti, U.S. Attorney Service—Southern District of Florida, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

Ronald Scott Chapman, Ronald S. Chapman, PA, West Palm Beach, FL, for Defendant-Appellant

Roderick Norfus, Pro Se

Before ED CARNES, Chief Judge, FAY and HULL, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Rubbo*, 396 F.3d 1330, 1334 (11th Cir. 2005) ("Plea bargains ... are like contracts and should be interpreted in accord with what the parties intended.").